Argued and submitted December 1, 1982, affirmed as modified March 9, reconsideration denied May 13, petition for review denied June 21, 1983 (295 Or 259)

OSBORN,
*Appellant,*
*v.*
LIKENS et ux,
*Respondents.*

(81-04-8006; CA A24184)

659 P2d 1021

William D. Cramer, Burns, argued the cause for appellant. With him on the brief was Cramer & Pinkerton, Burns.

Frank E. Bocci, Eugene, argued the cause for respondents. With him on the brief was Frank E. Bocci, Jr., Eugene.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought this action for rescission of an agreement to exchange ranch property near Burns for defendants property near Eugene. Defendants counterclaimed for specific performance of the agreement and for damages. Plaintiff appeals from a decree granting defendants specific performance and awarding them $10,000 general damages.

On *de novo* review, we find that specific performance was properly granted, because the evidence did not support plaintiff's allegation of fraud and because plaintiff waived the contract's time of the essence clause. We find, however, that defendants' evidence does not support an award of money damages and therefore delete that award.

Affirmed as modified.